1  JACKLIN CHOU LEM (Cal. Bar No. 255293)
   MAY LEE HEYE (Cal. Bar No. 209366)
2  HOWARD J. PARKER (Wash. Bar No. 07233)
   KELSEY C. LINNETT (Cal. Bar No. 274547)
3  ANNA TRYON PLETCHER (Cal. Bar No. 239730)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA  94102
6  Tel: (415) 436-6660; Fax: (415) 436-6687
   jacklin.lem@usdoj.gov
7

8  ATTORNEYS FOR THE UNITED STATES

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA              CASE NO. CR 11-0166 RS

12                                        **STIPULATION AND [PROPOSED] ORDER
                                          TO CONTINUE SENTENCING HEARING**
13         v.

14  CHIEN CHUNG CHEN,
          a/k/a ANDREW CHEN,
15
                 Defendant.
16

17         The defendant Chien Chung Chen, a/k/a Andrew Chen, was charged by Information on

18  March 22, 2011, with one count of violation of the Sherman Antitrust Act, 15 U.S.C. § 1.  Mr. Chen

19  was charged for his participation in a price-fixing conspiracy involving aftermarket auto lights.  The

20  Honorable Richard Seeborg accepted Mr. Chen's guilty plea on June 7, 2011, and scheduled Mr.

21  Chen to be sentenced on December 13, 2011.  Mr. Chen's sentencing hearing was subsequently

22  continued to July 17, 2012, and then October 16, 2012.

23         Attorneys for the United States and for Mr. Chen have conferred and have agreed to continue

24  Mr. Chen's sentencing hearing until January 15, 2013 at 2:30 pm.  Under Mr. Chen's plea agreement,

25  which is pursuant to Fed. R. Crim. P. 11(c)(1)(B), Mr. Chen is obligated to continue to cooperate

26  with the government's ongoing investigation and prosecution relating to price-fixing in the

27  aftermarket auto lights industry.  Under Mr. Chen's plea agreement, the United States may move for

28

                                          1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
CR 11-0166RS**

1    a downward departure pursuant to U.S.S.G. § 5K1.1 if the United States determines that Mr. Chen

2    has provided substantial assistance in any investigations or prosecutions.

3          The government's investigation of price-fixing in the aftermarket auto lights industry is

4    ongoing and a trial is scheduled to begin on September 24, 2012 (*United States v. Eagle Eyes Traffic*

5    *Industrial Co., Ltd. et al.*, CR 11-0488 RS, Superseding Indictment filed November 29, 2011).

6    Postponing Mr. Chen's sentencing hearing from October 16, 2012 to January 15, 2013, will allow the

7    United States to fully evaluate and advise the Court as to Mr. Chen's cooperation and substantial

8    assistance.

9          Pursuant to Crim. L.R. 32-2(a)(2) and (3), the parties have conferred with United States

10   Probation Officer Cheryl L. Simone, who is assigned to this case, and with Courtroom Deputy

11   Corrine Lew.  Ms. Simone agrees to this continuance and is available on January 15, 2013.  Ms. Lew

12   has advised that January 15, 2013 is available on Judge Seeborg's calendar.

13         **SO STIPULATED.**

14   Dated:  May 11, 2012                              _/s/_____
                                                        Anna Tryon Pletcher
15                                                      Jacklin Chou Lem
                                                        May Lee Heye
16                                                      Howard J. Parker
                                                        Kelsey C. Linnett
17                                                      Attorneys
                                                        U.S. Department of Justice
18                                                      Antitrust Division

19
     Dated: May 11, 2012                               _/s/_____
20                                                      Douglas M. Fuchs
                                                        Gibson, Dunn & Crutcher LLP
21                                                      333 South Grand Avenue
                                                        Los Angeles, CA 90071
22                                                      Counsel for Andrew Chen

23

24                               **ATTORNEY ATTESTATION**

25         Pursuant to General Order 45, I, Anna Tryon Pletcher, hereby attest that concurrence in the

26   filing of this document has been obtained from Douglas Fuchs.

27   DATED:  May 11, 2012                    By:   /s/ Anna Tryon Pletcher_____
                                                   Anna Tryon Pletcher
28

                                             2
     **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**
     **CR 11-0166RS**

1

**[PROPOSED] ORDER**

2      For good cause shown, sentencing in the matter, *United States v. Chien Chung Chen a/k/a*

3  *Andrew Chen*, CR 11-166 RS, is continued to January 15, 2013 at 2:30 p.m.

4

       Dated:

5

6                                                     _____
                                                      Honorable Richard Seeborg
7                                                     United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**
**CR 11-0166RS**