DOUGLAS M. FUCHS, SBN 196371
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7605
Facsimile:   213.229.6605
dfuchs@gibsondunn.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHIEN CHUNG CHEN,<br>     a/k/a ANDREW CHEN,<br><br>Defendant. | CASE NO. CR 11-0166 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |

The defendant Chien Chung Chen, a/k/a Andrew Chen, was charged by Information on March 22, 2011 with one count of violation of the Sherman Antitrust Act, 15 U.S.C. § 1.  Mr. Chen was charged for his participation in a price-fixing conspiracy involving aftermarket auto lights.  The Honorable Richard Seeborg accepted Mr. Chen's guilty plea on June 7, 2011.  Mr. Chen is currently scheduled to be sentenced on January 15, 2013.

Attorneys for the United States and for Mr. Chen have conferred and have agreed to continue Mr. Chen's sentencing hearing until February 5, 2013 at 2:30 pm.  Under Mr. Chen's plea agreement, which is pursuant to Fed. R. Crim. P. 11(c)(1)(B), Mr. Chen is obligated to continue to cooperate with the government's ongoing investigation and prosecution relating to price-fixing in the aftermarket auto lights industry.  Under Mr. Chen's plea agreement, the United States may move for a downward departure pursuant to U.S.S.G. § 5K1.1 if the United States determines that Mr. Chen has provided substantial assistance in any investigations or prosecutions.

Postponing Mr. Chen's sentencing hearing from January 15, 2013 to February 5, 2013, will allow the parties to meet and confer concerning Mr. Chen's cooperation and substantial assistance; will allow the United States to fully evaluate and advise the Court as to Mr. Chen's cooperation and substantial assistance; and will allow counsel for Mr. Chen to advise the Court on an appropriate sentence for Mr. Chen.

Pursuant to Crim. L.R. 32-2(a)(2) and (3), the parties have conferred with United States Probation Officer Charlie Mabie, who is assigned to this case, and with Courtroom Deputy Corrine Lew. Mr. Mabie agrees to this continuance and is available on February 5, 2013. Ms. Lew has advised that February 5, 2013 is available on Judge Seeborg's calendar.

**SO STIPULATED.**

Dated: November 28, 2012

By: /s/ Douglas Fuchs
Douglas Fuchs
GIBSON, DUNN & CRUTCHER LLP

Attorney for Defendant

Dated:   November 28, 2012

/s/ Jacklin Chou Lem
Jacklin Chou Lem
Howard J. Parker
May Lee Heye
Kelsey C. Linnett
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: (415) 436-6660; Fax: (415) 436-6687
Jacklin.lem@usdoj.gov

Attorneys for the United States

**ATTESTATION**

Pursuant to General Order 45, I, Douglas Fuchs, hereby attest that concurrence in the filing of this document has been obtained from Jacklin Chou Lem.

DATED: November 28, 2012          By:  /s/ Douglas Fuchs
                                                Douglas Fuchs

**[~~PROPOSED~~] ORDER**

For good cause shown, sentencing in the matter, *United States v. Chien Chung Chen a/k/a Andrew Chen*, CR 11-166 RS, is continued to February 5, ~~2012~~ 2013 at 2:30 p.m.

Dated:   11/29/12

_____
Honorable Richard Seeborg
United States District Court Judge